UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Edgar Alfred Walker, Jr. and
Yamilee Menos Walker

Case# 6:10-bk-01014
Chapter 7

Debtor(s).
_____/

## CERTIFICATE OF SERVICE REGARDING AMENDED SCHEDULES A/B AND C

I HEREBY CERTIFY that a true and correct copy of the Amended Schedules A/B and C with Official Form 106Sum have been furnished by electronic transmission to: U.S. Trustee and Chapter 7 Trustee, Marie E. Henkel and by U.S. Postal Service to the attached matrix on May 17, 2017.

LAW OFFICES OF PAUL L. URICH, P.A.

BY:   /s/ Paul L. Urich, Esq.
Paul L. Urich, Esq., Bar # 0088780
1510 E. Colonial Dr., Suite 204
Orlando, FL 32803
(407) 896-3077 Telephone
(407) 896-3041 Telecopy
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:10-bk-01014-KSJ<br>Middle District of Florida<br>Orlando<br>Wed May 17 11:29:52 EDT 2017 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Emc Mortgage Corporation<br>Law Offices of David J Stern PA<br>c/o William E. Grantmyre Jr., Esq.<br>900 S Pine Island Rd, Suite 400<br>Plantation, FL 33324-3920 |
| Chase Auto Finance JPMorgan Chase Bank, NA<br>201 N Central Ave<br>Phoenix, AZ 85004-1071 | David J Stern<br>Law Offices of David J.Stern PA<br>900 South Pine Island Road Suite 400<br>Plantation, FL 33324-3920 | Edgar Alfred Walker Jr.<br>2415 Sterling Creek Parkway<br>Oviedo, FL 32766-8601 |
| Yamilee Menos Walker<br>2415 Sterling Creek Parkway<br>Oviedo, FL 32766-8601 | American Home Mtg Srv<br>Attn: Bankruptcy<br>4600 Regent Blvd<br>Irving, TX 75063-2478 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 |
| Bk Of Amer<br>Po Box 17054<br>Wilmington, DE 19850-7054 | Business Revenue Systems<br>P.O. Box 13077<br>Des Moines, IA 50310-0077 | Cb Of The Hudson Valle<br>155 N Plank Rd<br>Newburgh, NY 12550-1748 |
| Chase Auto Finance<br>PO Box 80015<br>Atlanta, GA 30366-0015 | Chase Bkcy Dept<br>2901 Kinwest Pkwy<br>Irving TX 75063-5816 | Chase Manhattan<br>Attn: Bankruptcy Dept<br>3415 Vision Dr<br>Columbus, OH 43219-6009 |
| Citibank Na<br>1000 Technology Dr<br>Ms 730<br>O'Fallon, MO 63368-2239 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | DeLeonardis Electirc<br>PO Box 108<br>Garnerville, NY 10923-0108 |
| EMC Mortgage<br>800 State Hwy 121 Bypass<br>Lewisville, TX 75067-4180 | Emc Mortgage<br>Attention: Bankruptcy Clerk<br>Po Box 293150<br>Lewisville, TX 75029-3150 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida Hospital<br>PO Box 538800<br>Orlando, FL 32853-8800 | Florida Radiology Imaging<br>P.O. Box 864428<br>Orlando, FL 32886-4428 | Gemb/home Depot<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Gemb/l & T<br>Po Box 981432<br>El Paso, TX 79998-1432 | Gemb/litbar<br>P.o. Box 981400<br>El Paso, TX 79998-1400 | Hollis Cobb<br>6621 Bay Circle<br>Norcross, GA 30071-1218 |
| Hsbc/levitz<br>90 Christinana Road<br>New Castle, DE 19720-3118 | Internal Revenue Service<br>Philadelphia, PA 19154-0030 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| | | |
|---|---|---|
| James N Casesa<br>3845 5th Ave N<br>Saint Petersburg, FL 33713-7548 | Kevin B. Wilson<br>Law Offices<br>PO Box 24103<br>Chattanooga, TN 37422-4103 | Law Offices of Knuckles,<br>Komosinski, Scutieri &<br>Elliott, LLP<br>565 Taxer Road, Ste 595<br>Elmsford, NY 10523-2327 |
| Lord&taylor<br>Po Box 981400<br>El Paso, TX 79998-1400 | Lord&taylor<br>Po Box 981432<br>El Paso, TX 79998-1432 | Lorwtta Raimone<br>Receiver of Taxes<br>10 Maple Avenue<br>New City, NY 10956-5060 |
| Lvnv Funding<br>Po Box 740281<br>Houston, TX 77274-0281 | Medical Center Radiology<br>20 W Kaley St<br>Orlando, FL 32806-2970 | Nationwide Credit, Inc<br>PO Box 105182<br>Atlanta, GA 30348-5182 |
| New York State Tax/Finance<br>Tax Compliance Division<br>333 E. Washington St<br>Syracuse, NY 13202-1422 | North Amercn<br>2810 Walker Rd<br>Chattanooga, TN 37421-1082 | Northside Anesthesiology<br>Consultants, LLC<br>PO Box 945524<br>Atlanta, GA 30394-5524 |
| Orlando Health<br>PO Box 3475<br>Toledo, OH 43607-0475 | Pathology Specialists<br>84 W Jersey St., Ste 1<br>Orlando, FL 32806-4407 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791-3426 | Seminole County Tax Collector<br>Attn: Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | Victoria's Secret<br>Po Box 182273<br>Columbus, OH 43218-2273 |
| Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Hm Mortgag<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 | Wells Fargo Home Mortg<br>PO Box 14411<br>Des Moines, IA 50306-3411 |
| Marie E. Henkel +<br>3560 South Magnolia Avenue<br>Orlando, FL 32806-6214 | Paul L Urich +<br>Law Office of Paul L Urich PA<br>1510 East Colonial Drive<br>Suite 204<br>Orlando, FL 32803-4734 | United States Trustee - ORL7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Charles R Sterbach +<br>Office of the United States Trustee<br>400 W. Washington St., Ste 1100<br>Orlando, FL 32801-2440 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| American Honda Finance Corporation<br>National Bankruptcy Center<br>PO Box 168088<br>Irving, TX 75016-8088 | (d)American Honda<br>PO Box 1027<br>Alpharetta, GA 30009-1027 | (d)American Honda Finance<br>1235 Old Alpharetta Rd<br>Alpharetta, GA 30005 |
|---|---|---|
| Citibank Usa<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia PA 19114 | End of Label Matrix<br>Mailable recipients    55<br>Bypassed recipients    0<br>Total                  55 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Edgar | Alfred | Walker, Jr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Yamilee | Menos | Walker |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number 6:10-bk-01014
(if known)

☒ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1: Summarize Your Assets**

Your assets
Value of what you own

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................................... $ 900,000.00
   1b. Copy line 62, Total personal property, from Schedule A/B........................................................................ $ 192,980.00
   1c. Copy line 63, Total of all property on Schedule A/B................................................................................... $ 1,092,980.00

**Part 2: Summarize Your Liabilities**

Your liabilities
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 1,215,856.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................. $ 13,700.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ $ 40,099.68

   Your total liabilities  $ 1,269,655.68

**Part 3: Summarize Your Income and Expenses**

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................ $ 10,457.30

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*..................................................................... $ 12,463.33

**Part 4: Answer These Questions for Administrative and Statistical Records**

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   
   ☒ Yes

7. What kind of debt do you have?

   ☒ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1  Edgar Alfred Walker, Jr.
Debtor 2  Yamilee Menos Walker                                Case number (if known) 6:10-bk-01014

the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $   14,998.49

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

From Part 4 on *Schedule E/F*, copy the following:                              **Total claim**

9a. Domestic support obligations (Copy line 6a.)                                $        0.00

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)       $   13,700.00

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  $        0.00

9d. Student loans. (Copy line 6f.)                                              $        0.00

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $   0.00

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  +$     0.00

9g. Total. Add lines 9a through 9f.                                             $   13,700.00

**Fill in this information to identify your case and this filing:**

Debtor 1: Edgar Alfred Walker, Jr.
  First Name / Middle Name / Last Name

Debtor 2: Yamilee Menos Walker
(Spouse, if filing)
  First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number: 6:10-bk-01014

☒ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1
_____
Street address, if available, or other description

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

**Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☒ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**2415 Sterling Creek Parkway**
**Ovido, FL 32765**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$450,000.00**

Current value of the portion you own? **$450,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**fee simple**

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2

Street address, if available, or other description

City    State    ZIP Code

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

12 McLeod Terr
New City, New York, 10956

vacant surrendering

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $450,000.00

Current value of the portion you own?  $450,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

fee simple

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................=> **$900,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☒ Yes

3.1  Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     2008 Honda Accord lien by Lien

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $18,000.00

Current value of the portion you own?  $18,000.00

3.2  Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     2008 Honda Pilot lien by American Honda

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $32,000.00

Current value of the portion you own?  $32,000.00

Debtor 1   Edgar Alfred Walker, Jr.
Debtor 2   Yamilee Menos Walker                              Case number (if known)  6:10-bk-01014

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$50,000.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.....
   
   | Household goods and furniture older |   $1,600.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☒ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.....
    
    | Clothing |   $100.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe.....
    
    | wedding band (20), wedding band w/ small dia (100), misc costume jewelry (20). |   $140.00

Debtor 1   Edgar Alfred Walker, Jr.
Debtor 2   Yamilee Menos Walker                              Case number (if known)  6:10-bk-01014

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................   $1,840.00

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                        Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☒ Yes.................................................................................................

                                                                                    $40                    $40.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes.....................
                                            Institution name:
                                            Checking
                                            B of A
                           17.1.            Orlando, FL                                         $100.00

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes...................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☒ No
    ☐ Yes. Give specific information about them....................
                Name of entity:                                      % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.
                Type of account:            Institution name:
                                            401k from Employer                                $26,000.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                                                      Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    | DEbtor owes IRS & NY, no refunds | $0.00 |
    |---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                         Beneficiary:                          Surrender or refund value:

Case 6:10-bk-01014-KSJ    Doc 35    Filed 05/17/17    Page 12 of 16

| | |
|---|---|
| Debtor 1   Edgar Alfred Walker, Jr. | |
| Debtor 2   Yamilee Menos Walker | Case number *(if known)*  6:10-bk-01014 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☒ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☒ No
   ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ☒ Yes. Describe each claim.........

   | Product liability suit | $115,000.00 |
   |---|---|

35. **Any financial assets you did not already list**
   ☒ No
   ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................................................................... | $141,140.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
   ☒ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   ☒ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☒ No
   ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ................................... | $0.00

| | |
|---|---|
| Debtor 1 | Edgar Alfred Walker, Jr. |
| Debtor 2 | Yamilee Menos Walker |

Case number (if known) 6:10-bk-01014

## Part 8: List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 ................................................................................................ | | | $900,000.00 |
| 56. | Part 2: Total vehicles, line 5 | $50,000.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $1,840.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $141,140.00 | | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. | Total personal property. Add lines 56 through 61... | $192,980.00 | Copy personal property total | $192,980.00 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | | $1,092,980.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Edgar Alfred Walker, Jr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Yamilee Menos Walker | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number   6:10-bk-01014
(if known)

☒ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                                   4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 2008 Honda Accord lien by Lien<br>Line from Schedule A/B: 3.1 | $18,000.00 | ☒ $144.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 282(1) |
| Household goods and furniture older<br>Line from Schedule A/B: 6.1 | $1,600.00 | ☒ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| Clothing<br>Line from Schedule A/B: 11.1 | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| wedding band (20), wedding band w/ small dia (100), misc costume jewelry (20).<br>Line from Schedule A/B: 12.1 | $140.00 | ☒ $140.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(6) |
| $40<br>Line from Schedule A/B: 16.1 | $40.00 | ☒ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 283(2) |

| Debtor 1 | Edgar Alfred Walker, Jr. | | | |
|---|---|---|---|---|
| Debtor 2 | Yamilee Menos Walker | | Case number (if known) | 6:10-bk-01014 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Checking<br>B of A<br>Orlando, FL<br>Line from Schedule A/B: 17.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(d)(2) |
| 401k from Employer<br>Line from Schedule A/B: 21.1 | $26,000.00 | ■ $26,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 282(2)(e) |
| Product liability suit<br>Line from Schedule A/B: 34.1 | $115,000.00 | ■ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 283(1) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   
   ☐ No
   ☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Edgar Alfred Walker, Jr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Yamilee Menos Walker | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | 6:10-bk-01014 | | |

☒ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *Edgar Alfred Walker Jr.*      X *Yamilee M. Walker*
Edgar Alfred Walker, Jr.            Yamilee Menos Walker
Signature of Debtor 1                Signature of Debtor 2

Date   5/12/2017                     Date   05/12/2017

Official Form 106Dec         Declaration About an Individual Debtor's Schedules