# UNITED STATES BANKRUPTCY COURT
## MIDDLE **DISTRICT OF** FLORIDA
### ORLANDO **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Edgar Alfred Walker, Jr. | § | Case No. 6:10-bk-01014-KSJ |
| Yamilee Menos Walker | § | |
| | § | |
| Debtors | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/25/2010 .   The undersigned trustee was appointed on 01/26/2010 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                     $         335,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 154,355.94 |
| Bank service fees | 162.69 |
| Other payments to creditors | 96,675.40 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 5,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $         78,805.97 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  07/31/2017  and the deadline for filing governmental claims was  07/24/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 19,750.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 12,250.00  as interim compensation and now requests a sum of $ 7,500.00 , for a total compensation of $ 19,750.00 [2] .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 300.96 , and now requests reimbursement for expenses of $ 229.70 , for total expenses of $ 530.66 [2] .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 06/30/2019                    By:/s/Marie E. Henkel
                                         Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 10-01014 | KSJ | Judge: | Karen S. Jennemann | Trustee Name: | Marie E. Henkel |

Case No: 10-01014    KSJ    Judge: Karen S. Jennemann     Trustee Name: Marie E. Henkel

Case Name: Edgar Alfred Walker, Jr.     Date Filed (f) or Converted (c): 01/25/2010 (f)

Yamilee Menos Walker     341(a) Meeting Date: 03/02/2010

For Period Ending: 07/02/2019     Claims Bar Date: 07/31/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  2415 Sterling Creek Pkwy, Oviedo, FL | 450,000.00 | 0.00 | OA | 0.00 | FA |
| 2.  12 McLeod Terr, New York City, NY 10956 | 450,000.00 | 0.00 | OA | 0.00 | FA |
| 3.  CASH | 40.00 | 0.00 | | 0.00 | FA |
| 4.  Bank of America Checking | 100.00 | 0.00 | | 0.00 | FA |
| 5.  HOUSEHOLD GOODS | 1,600.00 | 0.00 | | 0.00 | FA |
| 6.  CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 7.  JEWELRY | 140.00 | 0.00 | | 0.00 | FA |
| 8.  401K | 26,000.00 | 0.00 | | 0.00 | FA |
| 9.  2008 Honda Accord | 18,000.00 | 0.00 | OA | 0.00 | FA |
| 10.  2008 Honda Pilot | 32,000.00 | 0.00 | OA | 0.00 | FA |
| 11.  Product Liability Case (u) | 115,000.00 | 180,000.00 | | 335,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $1,092,980.00     $180,000.00     $335,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

03/05/10 NDR
05/20/10 Case Closed
04/17/17 Motion to reopen case to administer product liability settlement
04/19/17 Order reopening case
04/26/17 Notice reappointing trustee
          Withdrawal of NDR          Notice of Asset
06/02/17 Application to employ special counsel
06/08/17 Order authorizing employment of special counsel
06/15/17 Objection to exemption
06/26/17 Motion to approve compromise
07/11/17 Order sustaining objection to exemption
07/24/17 Order approving compromise
09/16/17 Application to employ accountant
09/18/17 Order authorizing employment of accountant
09/21/17 Notice of Abandonment as to assets # 1, 2, 9 & 10
11/08/17 Application for compensation of accountant
11/09/17 Withdrawal of Claim No. 21
          Final Report submitted
11/14/17 Final Report filed
          Notice of Final Report
12/21/17 Order allowing administrative expenses
08/01/18 Notice of 2nd Distribution to creditors
04/08/19 (2nd) Motion to approve compromise or settlement
05/13/19 Order approving 2nd settlement
06/30/19 Amended Final Report submitted

| RE PROP # | 1 | -- | 09/21/17 Notice of Abandonment |
| RE PROP # | 2 | -- | 09/21/17 Notice of Abandonment |
| RE PROP # | 9 | -- | 09/21/17 Notice of Abandonment |
| RE PROP # | 10 | -- | 09/21/17 Notice of Abandonment |
| RE PROP # | 11 | -- | 06/02/17 Debtor amended schedules to add this asset. Debtor sought to exempt $10,000. 06/15/17 Trustee's Objection to exemption 07/11/17 Order sustaining objection to exemption |

Initial Projected Date of Final Report (TFR): 11/15/2017        Current Projected Date of Final Report (TFR): 11/09/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-01014
Case Name: Edgar Alfred Walker, Jr.
Yamilee Menos Walker

Taxpayer ID No: XX-XXX3922
For Period Ending: 07/02/2019

Trustee Name: Marie E. Henkel
Bank Name: Union Bank
Account Number/CD#: XXXXXX8549
Checking
Blanket Bond (per case limit): $23,516,752.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/17 | | 2014 AMS Qualified Settlement Fund c/o American Deposit Management Co. P O Box 180258 Delafield, WI 53018 | SETTLEMENT 07/25/17 Order approving compromsie | | $115,278.30 | | $115,278.30 |
| | | | Gross Receipts $185,000.00 | | | | |
| | | | Special Counsel Fees ($52,725.00) | 3210-000 | | | |
| | | | Special Counsel Expenses ($5,755.70) | 3220-000 | | | |
| | | | MDL Common Benefit Cost Assessment ($9,250.00) | 3991-000 | | | |
| | | | QSF Trustee Fee ($700.00) | 3991-000 | | | |
| | | | Settlement administration expenses ($1,031.00) | 3992-000 | | | |
| | | | Lien Resolution ($260.00) | 3991-000 | | | |
| | 11 | | Product Liability Case $185,000.00 | 1242-000 | | | |
| 09/05/17 | 101 | Yamilee Menos Walker 2415 Sterling Creek Pkwy Oviedo, FL 32766 | Exemption | 8100-002 | | $5,000.00 | $110,278.30 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.69 | $110,115.61 |
| 12/28/17 | 102 | Marie E. Henkel 3560 S. Magnolia Ave. Orlando, FL 32806 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $12,250.00 | $97,865.61 |
| 12/28/17 | 103 | Marie E. Henkel 3560 S. Magnolia Ave. Orlando, FL 32806 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $300.96 | $97,564.65 |
| 12/28/17 | 104 | Clerk of U. S. Bankruptcy Court Middle District of Florida Orlando Division 400 W. Washington St., Ste. 5100 Orlando, FL 32801 | Case Reopening Fee | 2700-000 | | $260.00 | $97,304.65 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:                    $115,278.30    $17,973.65

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-01014

Case Name: Edgar Alfred Walker, Jr.

Yamilee Menos Walker

Taxpayer ID No: XX-XXX3922

For Period Ending: 07/02/2019

Trustee Name: Marie E. Henkel

Bank Name: Union Bank

Account Number/CD#: XXXXXX8549

Checking

Blanket Bond (per case limit): $23,516,752.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/17 | 105 | Steven M. Vanderwilt, CPA<br>9940 Hood Rd.<br>Jacksonville, FL  32257 | CPA fee | 3410-000 | | $612.50 | $96,692.15 |
| 12/28/17 | 106 | Steven M. Vanderwilt, CPA<br>9940 Hood Rd.<br>Jacksonville, FL  32257 | CPA expenses | 3420-000 | | $16.75 | $96,675.40 |
| 12/28/17 | 107 | Quantum3 Group LLC<br>o/b/o MOMA Funding LLC<br>P O Box 788<br>Kirkland, WA 98083-0788 | 9156 Victoria's Secret | 7100-000 | | $96.10 | $96,579.30 |
| 12/28/17 | 108 | Bank of America<br>P O Box 17054<br>Wilmington, DE  19850 | 4823 | 7100-000 | | $10,616.29 | $85,963.01 |
| 12/28/17 | 109 | Bank of America<br>P O Box 17054<br>Wilmington, DE 19850 | 7286 | 7100-000 | | $249.00 | $85,714.01 |
| 12/28/17 | 110 | Citibank NA<br>1000 Technology Dr<br>MS 730<br>O"Fallon, MO 63368 | 1813 | 7100-000 | | $499.00 | $85,215.01 |
| 12/28/17 | 111 | Citibank USA<br>Attn.: Centralized Bankruptcy<br>P O Box 20507<br>Kansas City, MO 64195 | 2662 | 7100-000 | | $13,928.00 | $71,287.01 |
| 12/28/17 | 112 | Deleonardis Electric<br>P O Box 108<br>Garnerville, NY 10923 | 309W | 7100-000 | | $835.00 | $70,452.01 |
| 12/28/17 | 113 | Florida Hospital<br>P O Box 538800<br>Orlando, FL 32853-8800 | 9746 | 7100-000 | | $279.00 | $70,173.01 |
| 12/28/17 | 114 | Florida Radiology Imaging<br>P O Box 864428<br>Orlando, FL 32886 | FLRI | 7100-000 | | $956.18 | $69,216.83 |
| 12/28/17 | 115 | GEMB/L & T<br>P O Box 981432<br>El Paso, TX 79998 | 0807 | 7100-000 | | $669.00 | $68,547.83 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:                          $0.00        $28,756.82

FORM 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-01014

Case Name: Edgar Alfred Walker, Jr.

Yamilee Menos Walker

Taxpayer ID No: XX-XXX3922

For Period Ending: 07/02/2019

Trustee Name: Marie E. Henkel

Bank Name: Union Bank

Account Number/CD#: XXXXXX8549

Checking

Blanket Bond (per case limit): $23,516,752.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/17 | 116 | Hollis Cobb<br>6621 Bay Cir<br>Norcross, GA 30071 | 8770 | 7100-000 | | $912.00 | $67,635.83 |
| 12/28/17 | 117 | HSBC/Levitz<br>90 Christinana Rd<br>New Castle, DE 19720 | 0055 | 7100-000 | | $3,090.00 | $64,545.83 |
| 12/28/17 | 118 | James N Casesa<br>3845 5th Ave N<br>St Petersburg, FL 33713 | 8001 | 7100-000 | | $348.00 | $64,197.83 |
| 12/28/17 | 119 | LVNV Funding<br>P O Box 740281<br>Houston, TX 77274 | 7920 | 7100-000 | | $830.00 | $63,367.83 |
| 12/28/17 | 120 | Medical Center Radiology<br>20 W Kaley St<br>Orlando, FL 32806 | 86MG | 7100-000 | | $229.92 | $63,137.91 |
| 12/28/17 | 121 | North American<br>2810 Walker Rd<br>Chattanooga, TN 37421 | 8760 | 7100-000 | | $223.00 | $62,914.91 |
| 12/28/17 | 122 | Orlando Health<br>P O Box 3475<br>Toledo, OH 43607-0475 | 3586 | 7100-000 | | $1,355.40 | $61,559.51 |
| 12/28/17 | 123 | Pathology Specialists<br>84 W Jersey St., Ste 1<br>Orlando, FL 32806 | 3586 | 7100-000 | | $212.86 | $61,346.65 |
| 12/28/17 | 124 | RJM Acquisitions LLC<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | 3996 | 7100-000 | | $155.00 | $61,191.65 |
| 12/28/17 | 125 | Primestar H Fund 1 Trust<br>c/o ALAW<br>5404 Cypress Center Dr, Ste 300<br>Tampa FL 33609 | EMC Mortgage | 7200-000 | | $61,191.65 | $0.00 |
| 04/09/18 | 124 | RJM Acquisitions LLC<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | 3996 Reversal<br>Check returned by post office;<br>address not good. | 7100-000 | | ($155.00) | $155.00 |
| 04/09/18 | 113 | Florida Hospital<br>P O Box 538800<br>Orlando, FL 32853-8800 | 9746 Reversal<br>Check returned, account<br>cannot be located | 7100-000 | | ($279.00) | $434.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:

$0.00          $68,113.83

Page:     **4**

**FORM 2**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-01014
Case Name: Edgar Alfred Walker, Jr.
Yamilee Menos Walker

Taxpayer ID No: XX-XXX3922
For Period Ending: 07/02/2019

Trustee Name: Marie E. Henkel
Bank Name: Union Bank
Account Number/CD#: XXXXXX8549
Checking
Blanket Bond (per case limit): $23,516,752.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/18 | 115 | GEMB/L & T<br>P O Box 981432<br>El Paso, TX 79998 | 0807 Reversal | 7100-000 | | ($669.00) | $1,103.00 |
| 04/10/18 | 117 | HSBC/Levitz<br>90 Christinana Rd<br>New Castle, DE 19720 | 0055 Reversal | 7100-000 | | ($3,090.00) | $4,193.00 |
| 04/10/18 | 118 | James N Casesa<br>3845 5th Ave N<br>St Petersburg, FL 33713 | 8001 Reversal | 7100-000 | | ($348.00) | $4,541.00 |
| 04/17/18 | 126 | James N Casesa<br>c/o Bowden Barlow PA - Attn. Anne<br>3845 5th Ave N<br>St Petersburg, FL 33713 | 8001 | 7100-000 | | $348.00 | $4,193.00 |
| 06/29/18 | 126 | James N Casesa<br>c/o Bowden Barlow PA - Attn. Anne<br>3845 5th Ave N<br>St Petersburg, FL 33713 | 8001 Reversal | 7100-000 | | ($348.00) | $4,541.00 |
| 07/02/18 | 127 | Clerk, U S Bankruptcy Court (unclaimed funds)<br>Attn. Susan Magaditsch, Financial Administrator<br>U S Bankruptcy Court<br>801 N. Florida Ave.<br>Tampa, FL 33602 | Remit To Court | 7100-001 | | $348.00 | $4,193.00 |
| 08/01/18 | 128 | Primestar H Fund 1 Trust<br>c/o ALAW<br>5404 Cypress Center Dr, Ste 300<br>Tampa FL 33609 | EMC Mortgage | 7200-000 | | $4,193.00 | $0.00 |
| 06/25/19 | | 2014 AMS Qualified Settlement Fund<br>c/o American Deposit Management Co.<br>PO Box 782<br>Pewaukee, WI 53072-0782 | SETTLEMENT<br>05/13/19 2nd Order approving settlement | | $78,805.97 | | $78,805.97 |
| | | | Gross Receipts                 $150,000.00 | | | | |
| | | | Special Counsel Fees          ($60,000.00) | 3220-000 | | | |
| | | | General expense                  ($183.03) | 3991-000 | | | |

Page Subtotals:                                          $78,805.97           $434.00

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 10-01014 | Trustee Name: Marie E. Henkel | Exhibit B |
|---|---|---|
| Case Name: Edgar Alfred Walker, Jr. | Bank Name: Union Bank | |
| Yamilee Menos Walker | Account Number/CD#: XXXXXX8549 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3922 | Blanket Bond (per case limit): $23,516,752.00 | |
| For Period Ending: 07/02/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | QSF Trustee Fee ($311.00) | 3991-000 | | | |
| | | | Bankruptcy Coordination Fee ($700.00) | 3991-000 | | | |
| | | | Special Master Review ($2,500.00) | 3991-000 | | | |
| | | | Common benefit rxpense ($7,500.00) | 3991-000 | | | |
| | 11 | | Product Liability Case $150,000.00 | 1242-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $194,084.27 | $115,278.30 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $194,084.27 | $115,278.30 |
| Less: Payments to Debtors | $0.00 | $5,000.00 |
| Net | $194,084.27 | $110,278.30 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8549 - Checking | $194,084.27 | $110,278.30 | $78,805.97 |
| | $194,084.27 | $110,278.30 | $78,805.97 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $140,915.73 |
| Total Net Deposits: | $194,084.27 |
| Total Gross Receipts: | $335,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:10-bk-01014-KSJ                                                          Date: July 2, 2019
Debtor Name: Edgar Alfred Walker, Jr.
Claims Bar Date: 7/31/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Marie E. Henkel 3560 S. Magnolia Ave. Orlando, FL 32806 | Administrative | | $0.00 | $19,750.00 | $19,750.00 |
| 100 2200 | Marie E. Henkel 3560 S. Magnolia Ave. Orlando, FL 32806 | Administrative | | $0.00 | $530.66 | $530.66 |
| 100 2700 | Clerk of U. S. Bankruptcy Court Middle District of Florida Orlando Division 400 W. Washington St., Ste. 5100 Orlando, FL 32801 | Administrative | | $0.00 | $260.00 | $260.00 |
| 100 3210 | Steven M. Vanderwilt, CPA 9940 Hood Rd. Jacksonville, FL 32257 | Administrative | | $0.00 | $612.50 | $612.50 |
| 100 3420 | Steven M. Vanderwilt, CPA 9940 Hood Rd. Jacksonville, FL 32257 | Administrative | | $0.00 | $16.75 | $16.75 |
| 1 300 7100 | Quantum3 Group LLC o/b/o MOMA Funding LLC P O Box 788 Kirkland, WA 98083-0788 | Unsecured | | $191.00 | $96.10 | $96.10 |
| 2 300 7100 | Bank of America P O Box 17054 Wilmington, DE 19850 | Unsecured | | $10,616.29 | $10,616.29 | $10,616.29 |
| 3 300 7100 | Bank of America P O Box 17054 Wilmington, DE 19850 | Unsecured | | $249.00 | $249.00 | $249.00 |
| 4 300 7100 | CB of the Hudson Valley 155 N Plank Rd Newburgh, NY 12550 | Unsecured | | $0.00 | $0.00 | $0.00 |

Printed: July 2, 2019

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:10-bk-01014-KSJ

Debtor Name: Edgar Alfred Walker, Jr.

Claims Bar Date: 7/31/2017

Date: July 2, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 5 300 7100 | Citibank NA 1000 Technology Dr MS 730 O"Fallon, MO 63368 | Unsecured | | $499.00 | $499.00 | $499.00 |
| 6 300 7100 | Citibank USA Attn.: Centralized Bankruptcy P O Box 20507 Kansas City, MO 64195 | Unsecured | | $13,928.00 | $13,928.00 | $13,928.00 |
| 7 300 7100 | Deleonardis Electric P O Box 108 Garnerville, NY 10923 | Unsecured | | $835.00 | $835.00 | $835.00 |
| 9 300 7100 | Florida Radiology Imaging P O Box 864428 Orlando, FL 32886 | Unsecured | | $956.18 | $956.18 | $956.18 |
| 10 300 7100 | GEMB/Home Depot P O Box 981400 El Paso, TX 79998 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 12 300 7100 | Hollis Cobb 6621 Bay Cir Norcross, GA 30071 | Unsecured | | $912.00 | $912.00 | $912.00 |
| 14 300 7100 | James N Casesa c/o Bowden Barlow PA - Attn. Anne 3845 5th Ave N St Petersburg, FL 33713 | Unsecured | | $348.00 | $348.00 | $348.00 |
| 15 300 7100 | LVNV Funding P O Box 740281 Houston, TX 77274 | Unsecured | | $830.00 | $830.00 | $830.00 |
| 16 300 7100 | Medical Center Radiology 20 W Kaley St Orlando, FL 32806 | Unsecured | | $229.92 | $229.92 | $229.92 |

Printed: July 2, 2019

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:10-bk-01014-KSJ                                                                          Date: July 2, 2019
Debtor Name: Edgar Alfred Walker, Jr.
Claims Bar Date: 7/31/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 17 300 7100 | North American 2810 Walker Rd Chattanooga, TN 37421 | Unsecured | | $223.00 | $223.00 | $223.00 |
| 18 300 7100 | Orlando Health P O Box 3475 Toledo, OH 43607-0475 | Unsecured | | $1,355.40 | $1,355.40 | $1,355.40 |
| 19 300 7100 | Pathology Specialists 84 W Jersey St., Ste 1 Orlando, FL 32806 | Unsecured | | $212.86 | $212.86 | $212.86 |
| 22 350 7200 | Primestar H Fund 1 Trust c/o ALAW 5404 Cypress Center Dr, Ste 300 Tampa FL 33609 | Unsecured | | $0.00 | $349,920.00 | $349,920.00 |
| | Case Totals | | | $31,385.65 | $402,380.66 | $402,380.66 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: July 2, 2019

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:10-bk-01014-KSJ
Case Name: Edgar Alfred Walker, Jr.
          Yamilee Menos Walker
Trustee Name: Marie E. Henkel

Balance on hand                                  $         78,805.97

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Marie E. Henkel | $ 19,750.00 | $ 12,250.00 | $ 7,500.00 |
| Trustee Expenses: Marie E. Henkel | $ 530.66 | $ 300.96 | $ 229.70 |
| Attorney for Trustee Fees: Steven M. Vanderwilt, CPA | $ 612.50 | $ 612.50 | $ 0.00 |
| Accountant for Trustee Expenses: Steven M. Vanderwilt, CPA | $ 16.75 | $ 16.75 | $ 0.00 |
| Charges: Clerk of U. S. Bankruptcy Court | $ 260.00 | $ 260.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $     7,729.70

Remaining Balance                          $    71,076.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,290.75  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC | $ 96.10 | $ 96.10 | $ 0.00 |
| 2 | Bank of America | $ 10,616.29 | $ 10,616.29 | $ 0.00 |
| 3 | Bank of America | $ 249.00 | $ 249.00 | $ 0.00 |
| 4 | CB of the Hudson Valley | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | Citibank NA | $ 499.00 | $ 499.00 | $ 0.00 |
| 6 | Citibank USA | $ 13,928.00 | $ 13,928.00 | $ 0.00 |
| 7 | Deleonardis Electric | $ 835.00 | $ 835.00 | $ 0.00 |
| 9 | Florida Radiology Imaging | $ 956.18 | $ 956.18 | $ 0.00 |
| 10 | GEMB/Home Depot | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | Hollis Cobb | $ 912.00 | $ 912.00 | $ 0.00 |
| 14 | James N Casesa | $ 348.00 | $ 348.00 | $ 0.00 |
| 15 | LVNV Funding | $ 830.00 | $ 830.00 | $ 0.00 |
| 16 | Medical Center Radiology | $ 229.92 | $ 229.92 | $ 0.00 |
| 17 | North American | $ 223.00 | $ 223.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Orlando Health | $ 1,355.40 | $ 1,355.40 | $ 0.00 |
| 19 | Pathology Specialists | $ 212.86 | $ 212.86 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 71,076.27

Tardily filed claims of general (unsecured) creditors totaling $ 349,920.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 39.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Primestar H Fund 1 Trust | $ 349,920.00 | $ 65,384.65 | $ 71,076.27 |

Total to be paid to tardy general unsecured creditors   $ 71,076.27

Remaining Balance   $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE